THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORRIS H. WHITE, Appellant.

Submitted December 21, 2015; decided January 5, 2016

Motion for assignment of counsel granted and Mary P. Davison, Esq., care of Davison Law Firm, 42 North Main Street, Suite 103, PO Box 652, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.